**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-30141
Summary Calendar

MICHAEL W. PALMER,

Plaintiff-Appellant,

VERSUS

RICHARD DANZIG, Secretary of the Navy,

Appeal from the United States District Court
For the Eastern District of Louisiana
CV 99-2675-J

August 16, 2002

Before DAVIS, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

After a careful review of the record and the briefs of the parties, we are persuaded that the district court correctly granted summary judgment in favor of the defendant.

The judgment of the district court is therefore affirmed essentially for the reasons stated in the magistrate judge's

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

thorough November 27, 2001 Order.

AFFIRMED.